William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 73-CC-87

Matheson Scientific Division of Will Ross, Inc., Claimant, vs. State of Illinois, Environmental Protection Agency, Respondent.

*Opinion filed May 25, 1973.*

Matheson Scientific Division of Will Ross, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 73-CC-108

Kenneth E. Wheeler, Et Al., Claimant, vs. State of Illinois, Department of Transportation, Respondent.

*Opinion filed May 25, 1973.*

Henry W. Gauwitz, Attorney for Claimant.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.